IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHILLIP HARRISON                                                              PLAINTIFF

vs.                                          Civil No. 11-CV-4052

SHERIFF RON STOVALL;
DUANE CANNON; MARTY
BRAZZELL; and JOHNNY
WELCH                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 13, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 51). Judge Bryant recommends that Defendants' Motion for Partial Summary Judgment (ECF No. 46) be GRANTED. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion for Partial Summary Judgment (ECF No. 46) is **GRANTED**. This leaves for later resolution both the individual and official capacity claims against all Defendants regarding the access to court claims stemming from the post-conviction phase of Plaintiff's criminal proceedings in Miller County Circuit Court.

**IT IS SO ORDERED**, this 4th day of September, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge