IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHILLIP HARRISON                                                                             PLAINTIFF

vs.                                       Civil No. 4:11-CV-4052

SHERIFF RON STOVALL;
DUANE CANNON; MARTY
BRAZELL; and JOHNNY WELCH                                                        DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation filed July 17, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 58. Judge Bryant recommends that all of Plaintiff's official and individual capacity claims against Separate Defendants Sheriff Ron Stovall, Warden Cannon, Captain Brazell, and Sgt. Johnny Welch be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Plaintiff's official and individual capacity claims against Separate Defendants Sheriff Ron Stovall, Duane Cannon, Marty Brazell, and Johnny Welch are **DISMISSED WITH PREJUDICE**, and this case is **DISMISSED**.

  **IT IS SO ORDERED**, this 8th day of August, 2014.

                    /s/ Susan O. Hickey
                    Susan O. Hickey
                    United States District Judge